UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL B. WHEELER.<br><br>                Defendant. | Hon Mary L. Cooper, U.S.D.J<br><br>Crim. No. 3:07-cr-00076 (MLC)<br><br>EX PARTE ORDER FOR PAYMENT OF NONCUSTODIAL TRANSPORTATION COSTS FOR DEFENDANT MICHAEL B. WHEELER |

      THIS MATTER has been opened to the Court upon the ex parte application of Defendant Michael B. Wheeler, represented by Criminal Justice Act counsel Stephen J. Taylor, Esq., for an Order pursuant to Title 18, United States Code, Section 4285 directing the United States Marshal for the District of New Jersey to pay non-custodial one-way transportation costs to Michael B. Wheeler for his travel from his home in Amherst Junction, Wisconsin to Trenton, New Jersey, where his appearance was required for trial before the District Court. The Court, after appropriate inquiry, having found that the Defendant Michael B. Wheeler is financially unable to pay for the costs of transportation to the District Court for his required appearance trial,

      It is on this 29th day of ~~November~~ DEC., 2008

      ORDERED that the United States Marshal for the District of New Jersey, pursuant to Title 18, United States Code, Section 4285, is hereby directed to pay non-custodial one-way transportation costs to defendant Michael B. Wheeler for his travel from Amherst Junction,

Wisconsin to Trenton, New Jersey for his appearance at trial.

_____
HONORABLE MARY L. COOPER
United States District Court Judge